## Frank Klovas, Appellee, v. Steve Wedeskis, Appellant.

### Gen. No. 41,905.

Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942. Anthony A. Slakis, for appellant; Theodore A. Spence, of counsel; Clarence M. Dunagan, for appellee. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."